COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Hoa V. Dang v. Texaco #129

Appellate case number:    01-13-00938-CV

Trial court case number:   1014805

Trial court:                      County Civil Court at Law No. 2 of Harris County

Date motion filed:           February 12, 2014

Party filing motion:         Appellant


      It is ordered that the motion for rehearing is **denied**. Appellee's request for damages under Texas Rule of Appellate Procedure 45 is also **denied**.


Judge's signature: /s/ Evelyn V. Keyes
                     Acting for the Court

Panel consists of: Justices Keyes, Bland, and Brown


Date: March 6, 2014